In Re: Greg GIVENS, a/k/a Greg
P. Givens, Petitioner.

No. 10–2093.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 13, 2011.

Decided: Jan. 18, 2011.

Greg Givens, Petitioner Pro Se.

Before MOTZ, KING, and WYNN,
Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Greg Givens petitions for a writ of man-
damus seeking an order requiring the
United States Attorney's Office and the
Federal Bureau of Investigation to investi-
gate and prosecute certain bank employ-
ees. We conclude that Givens is not enti-
tled to mandamus relief.

Mandamus relief is a drastic remedy and
should be used only in extraordinary cir-
cumstances. *Kerr v. United States Dist.
Court,* 426 U.S. 394, 402, 96 S.Ct. 2119, 48
L.Ed.2d 725 (1976); *United States v.
Moussaoui,* 333 F.3d 509, 516–17 (4th Cir.
2003). Further, mandamus relief is avail-
able only when the petitioner has a clear
right to the relief sought. *In re First Fed.
Sav. & Loan Ass'n,* 860 F.2d 135, 138 (4th
Cir.1988). The relief sought by Givens is
not available by way of mandamus. *See
Wayte v. United States,* 470 U.S. 598, 607,
105 S.Ct. 1524, 84 L.Ed.2d 547 (1985)
("[T]he Government retains broad discre-
tion as to whom to prosecute."); *Linda
R.S. v. Richard D.,* 410 U.S. 614, 619, 93
S.Ct. 1146, 35 L.Ed.2d 536 (1973) ("[P]ri-
vate citizen lacks a judicially cognizable
interest in the prosecution or nonprosecu-
tion of another.").

Accordingly, although we grant leave to
proceed in forma pauperis, we deny the
petition for writ of mandamus. We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*PETITION DENIED.*